

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Qiana Smith-Williams**
*Senior Counsel*
phone: (212) 356-2360
qwilliam@law.nyc.gov

October 5, 2023

**VIA ECF**
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Benjamin v. City of New York, et al.
23-CV-2823 (AMD)(MMH)

Your Honor:

I am a Senior Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York.  I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant City of New York in place of former Assistant Corporation Counsel James Sheehan. Simultaneously herewith, I am filing a notice of substitution of counsel and a Declaration of James Sheehan in support of this motion.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Qiana Smith-Williams
*Senior Counsel*

cc:   **VIA ECF**
*All counsel of record*