## **DECLARATION**

I, JAMES SHEEHAN, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.  I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, I am counsel of record in this action.

2.  The representation of City Defendants in this matter is in the process of being transferred to another Assistant Corporation Counsel at the New York City Law Department, who will file a notice of appearance along with this declaration.

3.  My last day working for the New York City Law Department will be September 26, 2023. After that date, I will have no involvement in this matter whatsoever.

4.  Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the forthcoming Notice of Substitution of Counsel.

Dated:  New York, New York
         September 26, 2023

                                                    */s/ James Sheehan*
                                                    James Sheehan