UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

TAWANA BENJAMIN,

                            Plaintiff,

            -against-

THE CITY OF NEW YORK, and P.O.'s JOHN and JANE
DOE #1-10, individually and in their official capacities,
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                            Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF SUBSTITUTION OF COUNSEL**

23-CV-2823 (AMD)(MMH)

            **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of James

Sheehan, as counsel of record on behalf of the Corporation Counsel of the City of New York, Honorable

Sylvia O. Hinds-Radix, attorney for defendant City of New York in this case:

                            Qiana Smith-Williams
                            New York City Law Department
                            100 Church Street
                            New York, New York 10007
                            (212) 356-2360
                            qwilliam@law.nyc.gov

            From this date forward, please serve all pleadings on the attorney set forth above, and please remove

James Sheehan as counsel of record.

Dated:  New York, New York
            October 5, 2023

                            HON. SYLVIA O. HINDS-RADIX
                            Corporation Counsel of the City of New York
                            *Attorney for Defendant City of New York*
                            100 Church Street
                            New York, New York 10007
                            Phone: (212) 356-2360

                    By:    _____
                            Qiana Smith-Williams
                            *Senior Counsel*

cc:      All counsel of record (VIA ECF)