UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TAWANA BENJAMIN,

|  |  |
|---|---|
| Plaintiff, | **COMBINED NOTICE** |
|  | **OF DEPOSITION** |
| -against- |  |
| THE CITY OF NEW YORK, et al., | 23 CV 2823 (AMD) (MMH) |
| Defendants. |  |

-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiff will take the following depositions, before a notary public or other officer authorized by law to administer oaths, at a location to be determined or by means of videoconference, beginning on the following dates, and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded.

| Det. Pedro Nieves | January 16, 2024 | 10:00 a.m. |
|---|---|---|
| Lt. Scott Hamburger | January 17, 2024 | 10:00 a.m. |
| Det. Michael Walsh | January 18, 2024 | 10:00 a.m. |
| Lt. Philip Picciano | January 19, 2024 | 10:00 a.m. |
| Det. Anthony Giretti | January 22, 2024 | 10:00 a.m. |
| Det. David Paray | January 23, 2024 | 10:00 a.m. |
| TARU officer(s) | January 24, 2024 | 10:00 a.m. |
| Assistant DA(s) | January 25, 2024 | 10:00 a.m. |
| Any additional individuals identified during the course of depositions or other discovery | January 26, 2024 | 10:00 a.m. |

Dated:     New York, New York
           December 21, 2023

Rose M. Weber
199 Main Street, Suite 801
White Plains, NY 10601
(917) 415-5363

By: _____/s_____
ROSE M. WEBER (RW 0515)

TO:    Esther Kim, Esq.
        NYC Law Department
        Attorneys for Defendants
        100 Church Street
        New York, NY 10007