# ROSE M. WEBER
ATTORNEY AT LAW
199 MAIN STREET • SUITE 801
WHITE PLAINS, NEW YORK 10601

(917) 415-5363

March 19, 2024

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Tawana Benjamin v. City of New York, et al.*, 23 CV 2823 (AMD) (MMH)

Your Honor:

Plaintiff in the above-referenced matter writes to request respectfully that the Court set a new deadline for the close of discovery. Defendants do not consent to this request and intend to file a response to this letter.

As Your Honor will recall, pursuant to the Scheduling Order entered on September 5, 2023, discovery was to close on February 5, 2024. As a result of various disputes, this date has come and gone, and discovery is far from complete. Defendants have yet to produce a number of items about which there is no disagreement, certain disputes await Court intervention, and no depositions have taken place.

Assuming that the attorneys in Special Fed are as busy as I was when I worked there, there is a natural tendency to focus on cases with looming deadlines, and to back-burner cases that offer more breathing room. Accordingly, plaintiff respectfully requests that the Court set a new discovery deadline in the instant matter, in hopes of moving it along more swiftly.

Thank you for your consideration of this request.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:    Esther Kim, Esq. (by ECF)