UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

TAWANA BENJAMIN,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, DET. PEDRO NIEVES,
LT. SCOTT HAMBURGER, DET. MICHAEL WALSH, LT.
PHILIP PICCIANO, DET. ANTHONY GIRETTI,
and P.O.s JOHN and JANE DOE #1-10, individually and in
their official capacities, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                               Defendants.

-------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

23-cv-2823 (NCM) (MMH)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

        **[remainder of page intentionally left blank]**

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Sept 4  , 2024

ROSE M. WEBER
*Attorney for Plaintiff*
199 Main Street
Suite 801
White Plains, New York 10601


By: _____

    Rose M. Weber, Esq.
    *Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007


By: _____

Eun Jee (Esther) Kim, Esq.
*Assistant Corporation Counsel*

SO ORDERED:


_____

HON. NATASHA C. MERLE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024